No. D–2070.  IN RE DISBARMENT OF CONLON.  Benjamin V. R. Conlon, of Lake Norman, N. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days,

requiring him to show cause why he should not be disbarred from the practice of law in this Court.